UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVAN RATCLIFF,<br><br>             Plaintiff,<br>v.<br><br>BOB FAULKNER, et al.,<br><br>             Defendants. | Case No. 2-21-cv-001351-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE**<br>**EVAN RATCLIFF,**<br>**#96345** |

TO:   WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **EVAN RATCLIFF, #96345,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **EVAN RATCLIFF, #96345,,** on or about July 27, 2022, at the hour of 2:00 pm. for a **videoconference motion hearing** by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **EVAN RATCLIFF, #96345,** is released and discharged by the said Court; and that **EVAN RATCLIFF, #96345,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 22nd day of July, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**