UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EVAN RATCLIFF,

    Plaintiff,

v.

BOB FAULKNER, et al.,

    Defendants.

Case No. 2-21-cv-001351-RFB-DJA

*Amended*
ORDER TO PRODUCE
FOR TELECONFERENCE
APPEARANCE FOR
EVAN RATCLIFF,
#96345

TO: WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **EVAN RATCLIFF, #96345,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that [24] Order is Vacated and that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **EVAN RATCLIFF, #96345,** on or about July 27, 2022, at the hour of 2:00 pm., for a hearing re: [21] Motion for Emergency Injunction by teleconference and arrange for his **teleconference appearance** on said date as ordered and directed by the Court entitled above, until **EVAN RATCLIFF, #9634,** is released and discharged by the said Court; and that **EVAN RATCLIFF, #96345,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 24th day of July, 2022.

                _____
                **RICHARD F. BOULWARE, II**
                **UNITED STATES DISTRICT JUDGE**