UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EVAN RATCLIFF,

        Plaintiff,

v.

BOB FAULKNER, et al.,

        Defendants.

Case No. 2-21-cv-001351-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE EVAN RATCLIFF, #96345**

TO:    WILLIAM HUTCHINGS, WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **EVAN RATCLIFF, #96345,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada..

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall arrange for and produce **EVAN RATCLIFF, #96345,** on or about August 2, 2022, at the hour of 9:00 a.m. for a **videoconference hearing** by in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **EVAN RATCLIFF, #96345,** is released and discharged by the said Court; and that **EVAN RATCLIFF, #96345,** shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 28th day of July, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**