# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Evan Ratcliff,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Bob Faulkner, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01351-RFB-DJA<br><br>**Order** |

     Before the Court is Plaintiff's motion to extend deadlines.  (ECF No. 79).  Defendant Bob Faulkner filed a limited opposition to Plaintiff's request to extend the deadline to amend pleadings or add parties, but does not oppose Plaintiff's request to extend the close of discovery.[1] (ECF No. 80).  Having reviewed both Plaintiff's motion and Defendant's opposition, the Court finds that Plaintiff has demonstrated good cause to extend the deadlines that have not yet passed and excusable neglect to reopen the deadline to amend pleadings and add parties that has passed. *See* Fed. R. Civ. P. 6(b); *see* LR 26-3.

     Additionally, although Plaintiff has not explained whether he seeks to extend the deadlines for expert disclosures, the Court *sua sponte* includes and extends those deadlines in its schedule below.  It does so because Plaintiff points out that he received medical records related to this case—which records are technical in nature—in mid-March.  To accommodate the possibility that expert analysis is necessary and to keep deadlines organized, the Court includes these deadlines in its schedule.

---

[1] Defendant has raised other arguments against reopening the deadline to amend pleadings and add parties, including that amendment would be futile and that Plaintiff's claims should be dismissed.  However, these arguments—opposing amendment itself—do not bear on the Court's analysis in determining whether the amendment *deadline* should be extended.  The Court thus does not address them here.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 79) is **granted.**  The below deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | May 28, 2024 |
| Initial expert disclosures: | June 26, 2024 |
| Rebuttal expert disclosures: | July 26, 2024 |
| Close of discovery: | August 26, 2024 |
| Dispositive motions: | September 25, 2024 |
| Pretrial order: | October 25, 2024[2] |

DATED:  April 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.