JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN
Nevada Bar No. 13416
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Ste. 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
*Attorneys for Plaintiff, Evan Ratcliff*
*In conjunction with Legal Aid Center of*
*Southern Nevada Federal Pro Bono Program*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVAN RATCLIFF,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOB FAULKNER, individually, and as Director of Nursing at Southern Nevada Correctional Center; DOE CHARGE NURSES; DOE CHARGE NURSE DONNA; DOE CHARGE NURSE T.J.; DOE NURSE A; DOE NURSE B; DOE PHARMACY DIRECTOR; DOE NURSE C; and DOE DIRECTOR OF NURSING,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01351-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT** |

　　　　Plaintiff Evan Ratcliff ("Plaintiff"), by and through his counsel, Richard Waltjen, Esq. and James Silvestri, Esq., of the law firm Pyatt Silvestri and Defendant Bob Faulkner, by and through his counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree to extend the deadline for Plaintiff to file his Second Amended Complaint, pursuant to the Order of the Court, dated June 12, 2025, providing thirty days for Plaintiff to file

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

Page 1 of 2

his Second Amended Complaint (ECF No. 141).

Due to limited visitation times at High Desert State Prison, which make it more difficult to visit the Plaintiff, and due to scheduled vacations of Plaintiff's counsel, the parties seek permission of this Court to change the last day for Plaintiff to file his Second Amended Complaint from July 12, 2025 to August 12, 2025.

DATED this 7th day of July, 2025.

AARON D. FORD
Attorney General

/s/ *Leo T. Hendges*
_____
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendant*

DATED this 7th day of July, 2025.

PYATT SILVESTRI

/s/ *Richard Waltjen*
_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
7670 W. Lake Mead Blvd., Ste. 250
Las Vegas, NV 89128
*Attorneys for Plaintiff, Evan Ratcliff*

### ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on this 7th day of July, 2025, I received concurrence from Defendant's counsel, Leo T. Hendges, to file this document with their electronic signatures attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 7th day of July, 2025.

/s/ Richard Waltjen
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416

### ORDER

The deadline for Plaintiff to file his Second Amended Complaint is changed from July 12, 2025 to August 12, 2025.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE