JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN
Nevada Bar No. 13416
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Ste. 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
*Attorneys for Plaintiff, Evan Ratcliff*
*In conjunction with Legal Aid Center of*
*Southern Nevada Federal Pro Bono Program*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOB FAULKNER, individually, and as Director of Nursing at Southern Nevada Correctional Center; DOE CHARGE NURSES; DOE CHARGE NURSE DONNA; DOE CHARGE NURSE T.J.; DOE NURSE A; DOE NURSE B; DOE PHARMACY DIRECTOR; DOE NURSE C; and DOE DIRECTOR OF NURSING,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01351-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Plaintiff Evan Ratcliff ("Plaintiff"), by and through his counsel, Richard Waltjen, Esq. and James Silvestri, Esq., of the law firm Pyatt Silvestri and Defendant Bob Faulkner, by and through his counsel, Aaron D. Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Suite 250
Las Vegas, Nevada 89128
(702) 383-6000

Page 1 of 2

stipulate and agree to extend the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss the Second Amended Complaint, (ECF No. 145).

Plaintiff's counsel is working in the process of preparing appellate briefs with deadlines that are very similar in date. The parties seek permission of this Court to change the last day for Plaintiff to file his Opposition to Motion to Dismiss Second Amended Complaint from September 9, 2025 to September 30, 2025.

| | |
|---|---|
| DATED this 8 day of September, 2025. | DATED this 8 day of September, 2025. |
| AARON D. FORD<br>Attorney General | PYATT SILVESTRI |
| /s/ Leo T. Hendges | /s/ Richard Waltjen |
| LEO T. HENDGES (Bar No. 16034)<br>Senior Deputy Attorney General<br>*Attorneys for Defendant* | JAMES P. C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>RICHARD WALTJEN, ESQ.<br>Nevada Bar No. 13416<br>7670 W. Lake Mead Blvd., Ste. 250<br>Las Vegas, NV 89128<br>Tel: (702) 383-6000<br>Fax: (702) 477-0088<br>*Attorneys for Plaintiff, Evan Ratcliff*<br>In conjunction with Legal Aid Center of Southern Nevada Federal Pro Bono Program |

## ORDER

The deadline for Plaintiff to file his Opposition to Motion to Dismiss Second Amended Complaint is changed from September 9, 2025 to September 30, 2025.

**IT IS SO ORDERED:**

DATED: September 9, 2025

_____
UNITED STATES DISTRICT JUDGE