AARON D. FORD
  Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendant*
*Bob Faulkner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>           Plaintiff,<br><br> v.<br><br>BOB FAULKNER, et al.,<br><br>           Defendants. | Case No. 2:21-cv-01351-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS** |

Plaintiff Evan Ratcliff (Ratcliff), by and through counsel, Richard Waltjen Esq., and Defendant Bob Faulkner, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Rudolf M. D'Silva, Deputy Attorney General, respectfully submit this stipulation to extend the deadline to file settlement documents in this matter on **April 6, 2026**.

## I.   BACKGROUND

On January 16, 2026, Ratcliff and Defendant entered into a settlement agreement. ECF No. 152 at 1:16-20. On January 20, 2026, Defendant notified this Court of this settlement agreement *Id*. Based on this notification, this Court set a deadline for March 23, 2026, for appropriate settlement documents to be filed. ECF No. 153.

On March 23, 2026, Deputy Attorney General (DAG) Rudolf M. D'Silva ("defense counsel") made his appearance in this matter after his colleague who was previously assigned to this matter departed the office. Because defense counsel is new to this matter,

he requires time to follow up and verify whether the terms of the settlement agreement entered into on January 16, 2026, by the Parties have been fully satisfied. On March 23, 2026, defense counsel and Ratcliff's counsel met and conferred on this matter. The Parties stipulated to extend the deadline to file settlement documents to **April 6, 2026**.

## II.    STIPULATION TO EXTEND TIME TO FILE SETTLEMENT DOCUMENTS

Pursuant to Fed. R. Civ. P. 6(b), the "court may, for good cause, extend the time . . . with or without motion or notice . . . if a request is made, before the original time or its extension expires."

The Parties agree good cause is present to extend the deadline for the Parties to file settlement documents with this Court. Defense counsel made his appearance in this matter on the same date in which this Court ordered that settlement documents must be filed with this Court. Because defense counsel made his appearance on this date, he requires time to follow up with the Nevada Department of Corrections to determine if the terms of the settlement agreement have been properly satisfied. As such, the Parties stipulate to extend the deadline to file settlement documents with this Court to **April 6, 2026**.

DATED this 23rd day of March, 2026.

By: /s/ Richard Waltjen_____
Richard Waltjen (Bar No. 13416)
*Plaintiff's Attorneys*

DATED this 23rd day of March, 2026.
AARON D. FORD
Attorney General

By: /s/ Rudolf M. D'Silva_____
Rudolf M. D'Silva (Bar No. 16227)
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: March 24, 2026.