AARON D. FORD
 Attorney General
RUDOLF M. D'SILVA (Bar No. 16227)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-3375 (phone)
(702) 486-3768 (fax)
Email: rdsilva@ag.nv.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVAN RATCLIFF,<br><br>                    Plaintiff,<br><br>  v.<br><br>BOB FAULKNER, et al;<br><br>CARLOS CALDERONE,<br><br>                    Defendants. | Case Nos. 2:21-cv-01351-RFB-DJA<br><br>2:21-cv-01155-CDS-BNW<br>(9th Cir. No. 24-6269)<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Evan Ratcliff, and Defendants for two separate lawsuits, by and through counsel, based upon the Global Settlement Agreement between the parties, that the above-captioned actions should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

///

Each party to bear his own costs.

DATED this 6th day of April, 2026.        DATED this 6th day of April, 2026.

**PYATT SILVESTRI**                    **ATTORNEY GENERAL'S OFFICE**

/s/ *Richard Waltjen*                   /s/ *Rudolf M. D'Silva*
RICHARD WALTJEN                     RUDOLF M. D'SILVA
Nevada Bar No. 13416                Nevada Bar No. 16227
7670 W. Lake Mead Blvd.             Deputy Attorney General
Suite 250                           1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89128             Las Vegas, Nevada 89119
*Attorneys for Plaintiff*           *Attorney for the Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: ____4/7/2026_____